UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ZACHARY THOMAS WARD,

  Plaintiff,

v.

                          CASE NO.: 3:23-cv-01026

EXPERIAN INFORMATION SOLUTIONS,
INC., and JPMORGAN CHASE BANK,
N.A.,

     Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, ZACHARY THOMAS WARD by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 17th of November 2023.

*/s/ Frank H. Kerney, III*
Frank H. Kerney, III, Esq.
Florida Bar#: 88672
Tennessee Bar #: 035859
Office: 813-299-8537
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 17th of November, 2023, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

Jeremy D. Ray
jray@bakerdonelson.com

/s/ **Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
TN Bar No.: 035859
*Attorney for Plaintiff*