# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

ZACHARY THOMAS WARD

      Plaintiff,

-vs-

EXPERIAN INFORMATION SOLUTIONS, INC., and JPMORGAN CHASE BANK, N.A.,

      Defendants.

CASE NO. 3:23-cv-01026

## NOTICE OF SETTLEMENT AS TO DEFENDANT, JPMORGAN CHASE BANK, N.A.

COMES NOW Plaintiff, ZACHARY THOMAS WARD, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, JPMORGAN CHASE BANK, N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 21st day of June, 2024.

/s/ **Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 21st day of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*